478 A.2d 99

Commonwealth v. Santo, Appellant.

Submitted October 14, 1983. Francis C. Sichko, for appellant; Daniel Lucian Chunko, Assistant District Attorney, for appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

The denial of PCHA relief is affirmed.